**Opinion filed March 11, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00192-CV

_____

## IN THE INTEREST OF H.A.D., A CHILD

**On Appeal from the County Court at Law No. 2**

**Midland County, Texas**

**Trial Court Cause No. AD-32,645**

## M E M O R A N D U M   O P I N I O N

Appellants have filed in this court a motion to dismiss the appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

March 11, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.